No. 787. OHIO NATIONAL LIFE INSURANCE Co. *v.* SACHS ET AL. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh

Circuit denied. *Mr. O. John Rogge* for petitioner. *Mr. Myron D. Alexander* for respondents.